UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AP MA FUNDING LLC <br><br> Plaintiff, <br><br> -against- <br><br> RHW2 LLC, et al., <br><br> Defendants. | 25-CV-6935 (VSB) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff AP MA Funding LLC filed this action against Defendants RHW2 LLC, Core 4 LLC, Jill Myers, Michelle Kelly, and Elizabeth Ann Mitchell on August 21, 2025. (*See* ECF 1.)[1] Plaintiff timely served Defendant Micthell with the summons and Complaint on September 19, 2025, and Defendants Kelly, Core 4 LLC, and RHW2 LLC on September 22, 2025. (*See* ECF 19, ECF 20, ECF 21, ECF 22.) Defendant Mitchell was therefore required to respond to the Complaint by October 10, 2025, and Defendants Kelly, Core 4 LLC, and RHW2 LLC were therefore required to respond to the Complaint by October 14, 2025. (*See* ECF 19, ECF 20, ECF 21, ECF 22.) To date, none of the Defendants has appeared in this action or responded to the Complaint.

As no Certificate of Service of the Summons and Complaint with respect to Defendant Myers has been filed on the docket, the Court is sua sponte ordering Plaintiff's counsel to either (1) file a Certificate of Service with respect to Defendant Myers by **October 20, 2025**, or (2) if service has not been effected, to serve the Summons and Complaint on Defendant Myers at the address listed on the Summons for Defendant Myers (*See* ECF 9) by **October 20, 2025**, and to

---

[1] Due to a filing error, the Complaint was refiled on September 4, 2025. (*See* ECF 16.).

file proof of service on the same day. Defendant Myers' response to the Complaint shall be due the later of **21 days after service** upon her or **October 31, 2025**.

Additionally, I am sua sponte extending the deadline for Defendants Mitchell, Kelly, Core 4 LLC, and RHW2 LLC to respond to the Complaint nunc pro tunc until **October 31, 2025**. Plaintiff is directed to mail by **October 17, 2025** a copy of this Order to Defendants Core 4 LLC and RHW2 LLC at their principal places of business, identified in their respective Summons as 818 15th Street, Unit 5, Santa Monica, CA 90403 (*see* ECF 11, ECF 12); to mail another copy of the same to Defendant Kelly at the same address, identified in ECF 19 as the address where service of the summons and Complaint was made on her; and to mail another copy of the same to Defendant Mitchell at the address listed on the Summons for Defendant Mitchell (s*ee* ECF 13.). Plaintiff is directed to file confirmation of such mailings on the docket by **October 20, 2025**.

Failure by Defendants Core 4 LLC, RHW2 LLC, Mitchell, Kelly, Core, and Myers to meet their deadline(s) for responding to the Complaint may result in an order requiring Plaintiff to begin default judgment proceedings.

DATED:   October 15, 2025
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge