UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AP MA FUNDING LLC | |
| Plaintiff, | 25-CV-6935 (VSB) (RFT) |
| -against- | **ORDER** |
| RHW2 LLC, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before me is a motion to stay this case as against Defendant Myers. (ECF 46.) The motion is granted: in light of the filing by Defendant Myers for bankruptcy protection under Chapter 7 of the Bankruptcy Code, this case is **STAYED** as against Defendant Myers. Within **one week** of the resolution of the bankruptcy case, Defendant Myers shall send a letter to this Court advising the Court of the resolution. Defendant Myers is not required to submit an ex parte settlement submission in connection with the settlement conference scheduled for May 4, 2026, and Defendant Myers and her counsel are excused from participating in that settlement conference. Counsel for Plaintiffs and the non-debtor Defendants shall include in their ex parte settlement submissions their positions on whether it would be productive to hold the scheduled settlement conference without the participation of Defendant Myers.

The Clerk of Court is respectfully requested to terminate ECF 46.

DATED:      April 24, 2026
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge