UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AP MA FUNDING LLC<br><br>                    Plaintiff,<br><br>        -against-<br><br>RHW2 LLC, et al.,<br><br>                    Defendants. | 25-CV-6935 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 11, 2026, I ordered the parties to file monthly updates on the status of discovery, including on May 16, 2026. (*See* ECF 41.) On April 24, 2026, this case was stayed as to Defendant Myers only pending the resolution of Defendant Myers' bankruptcy case. (*See* ECF 47.) Neither Plaintiff nor the other Defendants have filed an application to stay this case, nor have they filed an update on the status of discovery.

Accordingly, I am nunc pro tunc extending the deadline for Plaintiff and all other Defendants to file their joint status update or an application to stay the case until **May 21, 2026**.

DATED:        May 19, 2026
              New York, NY

                                        SO ORDERED.

                                        _____
                                        **ROBYN F. TARNOFSKY**
                                        United States Magistrate Judge