UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AP MA FUNDING LLC<br><br>                    Plaintiff,<br><br>        -against-<br><br>RHW2 LLC, et al.,<br><br>                    Defendants. | 25-CV-6935 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

If Plaintiff wishes to move for summary judgment against remaining Defendants, a

motion may be filed by **June 22, 2026**; oppositions shall be due by **July 22, 2026**; any reply shall

be due by **July 30, 2026**.

DATED:        May 21, 2026
               New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge