# Ballard Spahr
### LLP

————————————————————

1675 Broadway, 19th Floor
New York, NY 10019-5820

TEL 212.223.0200

FAX 212.223.1942

www.ballardspahr.com

Ana M. Blanco
Tel: 646.346.8072
BlancoA@ballardspahr.com

**Application GRANTED. Plaintiff's motion for summary judgment shall be filed by July 22, 2026; Defendants' opposition shall be filed by August 21, 2026; Plaintiff's reply, if any, shall be filed by August 29, 2026.**

June 16, 2026

*Via ECF*

**The Clerk of Court is respectfully requested to terminate ECF 53.**

Honorable Robyn F. Tarnofsky
United States District Judge
500 Pearl Street, Room 910
New York, New York 10007

Dated: June 16, 2026
New York, NY

SO ORDERED

*[signature]*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:    *AP MA Funding LLC v. RHW2 LLC, et al.*, Civil Action No. 25-cv-06935-VSB-RFT

Dear Judge Tarnofsky,

Plaintiff respectfully requests a thirty (30) day extension of the summary judgment briefing schedule set forth in the Court's May 21, 2026 Order (ECF No. 52). Good cause exists for the requested extension as Plaintiff requires additional time to coordinate with its client regarding the documents that will be submitted in support of the motion for summary judgment. Plaintiff's client representative will be a signatory to a declaration, and additional time is needed to finalize and execute the declaration and supporting materials. The requested extension will allow Plaintiff sufficient time to complete the necessary coordination with its client and to prepare a complete and efficient motion for the Court's consideration.

Defendants, RHW2 LLC, Core 4 LLC, Michelle Kelly, and Elizabeth Ann Mitchell, through counsel, consent to this request. Accordingly, Plaintiff respectfully requests that the Court extend the current June 22, 2026 deadline for filing Plaintiff's motion for summary judgment to July 22, 2026, extend Defendants' deadline to oppose the motion from July 22, 2026 to August 21, 2026, and extend Plaintiff's deadline to file a reply from July 30, 2026 to August 29, 2026. This is Plaintiff's first request for an extension of these deadlines. Plaintiff submits this request in good faith and thanks the Court for its consideration.

Respectfully submitted,

*/s/ Ana M. Blanco*
Ana M. Blanco

Honorable Robyn F. Tarnofsky
Page 2


Cc: Joel Spivak (Via ECF)
*Counsel for Defendants RHW2 LLC, Core 4 LLC, Michelle Kelly, and Elizabeth Ann Mitchell*