Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Ana M. Blanco
Tel: 646.346.8072
BlancoA@ballardspahr.com

Application **GRANTED**. Plaintiff's deadline to file its motion for summary judgment is extended to **August 21, 2026**. Defendants shall file their opposition briefs by **October 11, 2026**; Plaintiff's reply, if any, shall be filed by **October 18, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 58.

Dated: July 14, 2026
New York, NY

SO ORDERED
[signature]
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

July 13, 2026

*Via ECF*

Honorable Robyn F. Tarnofsky
United States District Judge
500 Pearl Street, Room 910
New York, New York 10007

Re: *AP MA Funding LLC v. RHW2 LLC, et al.*, Civil Action No. 25-cv-06935-VSB-RFT

Dear Judge Tarnofsky,

Plaintiff respectfully requests a second thirty (30) day extension of the summary judgment briefing schedule set forth in the Court's June 16, 2026 Order (ECF No. 54), as further extended by the Court's June 18, 2026 Order (ECF No. 56), which extended Defendants' deadline to respond to Plaintiff's motion for summary judgment.

Good cause exists for the requested extension in light of recent developments concerning certain individual guarantor Defendants. Defendant Jill Myers filed a Letter Motion to Stay based on a bankruptcy case filing on April 23, 2026 (ECF No. 46), and Defendant Elizabeth Ann Mitchell filed a Suggestion of Bankruptcy upon the record on July 13, 2026 (ECF No. 57), reflecting her recent Chapter 11 bankruptcy filing. Counsel for the remaining Defendants has advised Plaintiff that Defendant Michelle Kelly will also file for bankruptcy. In light of these developments, and as a result of the automatic stay set forth in 11 U.S. Code Section 362, it appears that the remaining active Defendants against whom Plaintiff may proceed are RHW2 LLC, the borrower, and Core 4 LLC, a guarantor. Counsel for Defendants is currently conferring with these clients regarding consent to entry of judgment.

Defendants RHW2 LLC, Core 4 LLC, and Michelle Kelly, through counsel Joel Spivak, Esq., consent to this request. Accordingly, Plaintiff respectfully requests that the Court extend the current July 22, 2026 deadline for filing Plaintiff's motion for summary judgment to August 21, 2026, extend Defendants' deadline to oppose the motion from September 11, 2026 to October 11, 2026, and extend Plaintiff's deadline to file a reply from September 18, 2026 to October 18, 2026. Plaintiff submits this request in good faith and thanks the Court for its consideration.

Respectfully submitted,

*/s/ Ana M. Blanco*
Ana M. Blanco

Cc: Joel Spivak *(Via ECF)*
*Counsel for Defendants RHW2 LLC, Core 4 LLC, Michelle Kelly, and Elizabeth Ann Mitchell*