UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AP MA FUNDING LLC

Plaintiff,

-against-

RHW2 LLC, et al.,

Defendants.

25-CV-6935 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On July 13, 2026, Defendant Mitchell filed a suggestion of bankruptcy indicating that on July 10, 2026, she filed a Voluntary Petition for relief under Chapter 11, Title 11 of the United States Bankruptcy Code in the Southern District of Florida. (*See* ECF 57.) In light of the filing by Defendant Mitchell for bankruptcy protection under Chapter 11 of the Bankruptcy Code, this case is **STAYED** against Defendant Mitchell. Within **one week** of the resolution of the bankruptcy case, Defendant Mitchell shall send a letter to this Court advising the Court of the resolution.

DATED: July 14, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge