Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Ana M. Blanco
Tel: 646.346.8072
BlancoA@ballardspahr.com

Application **GRANTED**. Plaintiff's deadline to file its motion for summary judgment is extended until **September 11, 2026**. Defendants' shall file their opposition by **November 1, 2026**, and Plaintiff's reply, if any, shall be due **November 8, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 63.

Dated: August 20, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

August 20, 2026

*Via ECF*

Honorable Robyn F. Tarnofsky
United States District Judge
500 Pearl Street, Room 910
New York, New York 10007

Re: *AP MA Funding LLC v. RHW2 LLC, et al.*, Civil Action No. 25-cv-06935-VSB-RFT

Dear Judge Tarnofsky,

Plaintiff respectfully requests a three (3) week extension of the summary judgment briefing schedule set forth in the Court's July 14, 2026 Order (ECF No. 59), which extended Defendants' deadline to respond to Plaintiff's motion for summary judgment.

Good cause exists for the requested extension in light of recent developments concerning certain individual guarantor Defendants, as well as the parties' ongoing settlement discussions. Defendant Jill Myers filed a Letter Motion to Stay based on a bankruptcy case filing on April 23, 2026 (ECF No. 46), and Defendant Elizabeth Ann Mitchell filed a Suggestion of Bankruptcy upon the record on July 13, 2026 (ECF No. 57), reflecting her Chapter 11 bankruptcy filing. Counsel for the remaining Defendants has advised Plaintiff that Defendant Michelle Kelly is also considering filing for bankruptcy. As of July 31, 2026, the automatic stay as to Defendant Myers has been lifted. In light of these developments, and as a result of the automatic stay set forth in 11 U.S. Code Section 362 as to the remaining Defendants who have filed or intend to file for bankruptcy, it appears that the remaining active Defendants against whom Plaintiff may proceed are RHW2 LLC, the borrower, and Core 4 LLC, a guarantor. The parties are continuing to discuss potential settlement of this matter, and Plaintiff is mindful of the costs associated with filing and litigating a motion for summary judgment while those discussions remain ongoing.

Defendants RHW2 LLC, Core 4 LLC, and Michelle Kelly, through counsel Joel Spivak, Esq., consent to this request. Accordingly, Plaintiff respectfully requests that the Court extend the current August 21, 2026 deadline for filing Plaintiff's motion for summary judgment to September 11, 2026, extend Defendants' deadline to oppose the motion from October 11, 2026 to November 1, 2026, and extend Plaintiff's deadline to file a reply from October 18, 2026 to

November 8, 2026. Plaintiff submits this request in good faith and thanks the Court for its consideration.

Respectfully submitted,

*/s/ Ana M. Blanco*
Ana M. Blanco

Cc: Joel Spivak *(Via ECF)*
*Counsel for Defendants RHW2 LLC, Core 4 LLC, Michelle Kelly, and Elizabeth Ann Mitchell*