UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AP MA FUNDING LLC

Plaintiff,

-against-

RHW2 LLC, et al.,

Defendants.

25-CV-6935 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 20, 2026, I issued an Order extending the summary judgment briefing schedule. (ECF 64.) In that Order, I directed Plaintiff to file a summary judgment motion no later than September 11, 2026. The deadline to submit a summary judgment motion has now expired.

Accordingly, I am nunc pro tunc extending the time for Plaintiff to file a motion for summary judgment until **September 22, 2026**. The Defendant shall submit its response by **November 12, 2026**. Plaintiff's reply, if any, shall be due **November 19, 2026**.

DATED: September 15, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge