UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AP MA FUNDING LLC

Plaintiff,

-against-

RHW2 LLC, et al.,

Defendants.

25-CV-6935 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 20, 2026, I issued an Order extending the summary judgment briefing schedule. (ECF 64.) In that Order, I directed Plaintiff to file a summary judgment motion no later than September 11, 2026. Plaintiff did not file a motion. On September 16, 2026, I extended the summary judgment briefing schedule again. (ECF 65.) In that Order, I directed Plaintiff to file a summary judgment motion no later than September 22, 2026. (*Id.*) The deadline to submit a summary judgment motion has now expired.

Accordingly, I am nunc pro tunc extending the time for Plaintiff to file a motion for summary judgment until **September 30, 2026**. The Defendant shall submit its response by **November 20, 2026**. Plaintiff's reply, if any, shall be due **November 27, 2026**.

DATED: September 23, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge